IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:

RICHARD D. & MICHAEL P. EVANS,
a Partnership,

    Debtor.

Case No.: CCB 00CV2106

* * * * * * * * * * * * * * * *

MICHAEL P. EVANS,

    Appellant,

vs.

RICHARD D. EVANS,

    Appellee.

* * * * * * * * * * * * * * * *

## ORDER GRANTING MOTION TO DISMISS APPEAL

**UPON CONSIDERATION** of Appellant Michael P. Evans' Motion To Dismiss, as well as any opposition thereto, it is this _____ day of _____, 2000, by the United States District Court For The District Of Maryland, the Honorable Catherine C. Blake presiding:

**ORDERED**, that Appellant MICHAEL P. EVANS' Motion To Dismiss **BE** and hereby **IS GRANTED**; **AND IT IS FURTHERMORE**

**ORDERED**, that Appellant MICHAEL P. EVANS' Appeal **BE** and hereby **IS** dismissed with prejudice.

BY THE COURT:

Catherine C. Blake, Judge
United States District Court
District Of Maryland

cc:

Jonathan M. Wall, Esquire
Wall & Associates
190 Duke of Gloucester St.
Annapolis, MD 21401

Jeffrey S. Marcalus, Esquire
Hillman, Brown & Darrow, P.A.
221 Duke of Gloucester Street
Annapolis, MD 21401

Office of the US Trustee
Karen Moore, Esquire
300 West Pratt Street, Ste. 350
Baltimore, MD 21201